# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0194
Lower Tribunal No. F20-425
_____

**Prisper Dorvil, a/k/a Prosper Dorvil,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Oshan, Judge.

Rier Jordan, P. A., and Jonathan E. Jordan, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.


Before EMAS, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed.